Maria W. Borman, Appellant, v. Walter P. Oetzell et al., Appellees.

Gen. No. 9,716.

opinion filed February 13, 1942. Robert W. Scherman and Hubert Lee Steed, for appellant; Werner H. Sommers, of counsel; Robert M. Woodward, Robert J. Spahr, Joseph Sam Perry and Hadley & Leren, for appellees. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''

Town of the City of Galesburg, Knox County, Illinois, Appellee, v. Town of Kewanee, Henry County, Illinois, Appellant.

Gen. No. 9,740.

opinion filed February 13, 1942. James N. Cummings, for appellant; Jerry A. Harn and William Richardson, for appellee. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''